UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
P. O. BOX 1148
SCRANTON, PA 18501

ORIGINAL

March 31, 2001

Re: 1 : 01-cv- 00267 Coleman v. Gerlinski

Judge: Honorable Judge William W. Caldwell

FILED
HARRISBURG
APR 0 4 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Dear Sir,

I would like for this letter to be received as a form of a motion.

Attach is a copy of documentary evidence to support my writ of habeas corpus file in the above caption case number. Futhermore, Petitioner, has had problems ascertaining other documents from the United States Parole Commission and the Bureau of Prisons concerning factual data.

Submitted by
James S. Coleman

Jeffrey J Reitz - RE: COLEMAN, James #09229-007                                                                                      Page 1

**From:** Williams, Mary Jo
**To:** ALF_DOM1.ALF_ADM01(JJR)
**Date:** 3/26/01 10:43AM
**Subject:** RE: COLEMAN, James #09229-007

I have reviewed James Coleman's case. It appears that his sentence was re-computed once he was designated to the Bureau of Prisons. Based on the current sentence computation, the Commission will need to schedule him for a special reconsideration hearing. I have prepared a memorandum to the Commissioner requesting that this action be taken. A new Notice of Action will be issued ordering the new hearing. If you have any additional questions, please feel free to contact me.
Mary Jo Williams


-----Original Message-----
From: Jeffrey J Reitz
Sent: Thursday, March 22, 2001 2:49 PM
To: Williams, Mary Jo
Subject: COLEMAN, James #09229-007


Inmate Coleman is serving a parole violation on a 15 year sentence for Assault
With Intent to Rape and consecutive to this an 18 month sentence for Prison
Breach. On the first sentence he has a parole eligibility date at the
Commission's Discretion, while the consecutive sentence warrants a parole
eligibility date of 10/23/2002. Since on the current sentence he is eligible
for parole on the commission's discretion, is it permissible that I request
that he be placed on the May parole docket?