JUDGE'S COPY

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG

| | |
|---|---|
| JAMES S. COLEMAN,<br>　　　　Petitioner,<br><br>　　　v.<br><br>SUSAN GERLINSKI, WARDEN, LSCI-ALLENWOOD,<br>　　　　Respondent. | Civ.No. 1:01-cv-00267 |

FILED
HARRISBURG, PA
APR 10 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

**MOTION FOR SUMMARY JUDGMENT**
**PURSUANT TO RULE 56 FED.R. CIV. P.**

COMES NOW, Petitioner James S. Coleman under Rule 56 of this court requests that a favorable decision be made for the Petitioner in the above-captioned case. Petitioner has waited for the required time for a response from the Respondent (20 days) as per court instruction. There is no showing of a genuine issue of material fact related to substantive law that can show why the Petitioner's motion should not succeed. <u>Anderson v. Liberty Lobby, Inc.</u>, 477 U.S. 242, 91 L.Ed.2d 202, 106 S.Ct. 2505.

For this reason Petitioner prays that this Honorable Court will grand this motion and grant his Motion under §2241.

Respectfully submitted,

April 07, 2001    _____
　　　　　　　　　James S. Coleman
　　　　　　　　　Petitioner Pro se