UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES S. COLEMAN, | : CIVIL ACTION NO. 1:01-0267 |
| Petitioner | : (CALDWELL, J.) |
| v. | : (MANNION, M.J.) |
| SUSAN GERLINSKI, | : |
| Respondent | : |

O R D E R

FILED
WILKES BARRE
APR 27 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

**IT IS ORDERED THAT:**

(1) Respondent shall show cause within twenty (20) days of the date of this order why the petitioner should not be granted habeas corpus relief;

(2) A determination as to whether or not the petitioner shall be produced for a hearing will be held in abeyance pending the filing of a response; and,

(3) Petitioner shall, if he so desires, file a reply to the response to the show cause order within fifteen (15) days of its filing.

MALACHY E. MANNION
United States Magistrate Judge

Dated:    April 27, 2001

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

April 27, 2001

Re: 1:01-cv-00267    Coleman v. Gerlinski

True and correct copies of the attached were mailed by the clerk to the following:

```
James S. Coleman
LSCI-ALLENWOOD
Low Security Correctional Inst.
09229-007
P.O. Box 1000
White Deer, PA  17887
```

cc:
| | | |
|---|---|---|
| Judge | ( ) | ( ) Pro Se Law Clerk |
| Magistrate Judge | ( ) | ( ) INS |
| U.S. Marshal | ( ) | ( ) Jury Clerk |
| Probation | ( ) | |
| U.S. Attorney | ( ) | |
| Atty. for Deft. | ( ) | |
| Defendant | ( ) | |
| Warden | ( ) | |
| Bureau of Prisons | ( ) | |
| Ct Reporter | ( ) | |
| Ctroom Deputy | ( ) | |
| Orig-Security | ( ) | |
| Federal Public Defender | ( ) | |
| Summons Issued | ( ) | with N/C attached to complt. and served by: U.S. Marshal ( )    Pltf's Attorney ( ) |
| Standard Order 93-5 | ( ) | |
| Order to Show Cause | ( ) | with Petition attached & mailed certified mail to: US Atty Gen ( )    PA Atty Gen ( )    DA of County ( )    Respondents ( ) |
| Bankruptcy Court | ( ) | |
| Other_____ | ( ) | |

MARY E. D'ANDREA, Clerk

DATE: 4-27-01

BY: _____
Deputy Clerk