UNITTED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JAMES S. COLEMAN, :
    Petitioner :
 :
V. : Civil No. 1: CV -01 - 0267
 : ( CALDWELL, J. )
SUSAN GERLINSKI, WARDEN, : ( MANNION, M.J.)
    Respondent :

PETITIONER ASK THIS HONORABLE COURT WOULD THIS MOTION BE APPROPRIATE IN SUBMITTING DOCUMENTARY EVIDENCE TO SUPPORT PETITIONER'S CIVIL ACTION IN THE ABOVE CASE NO.

PETITIONER ALSO REQUEST STATUS OF THE ABOVE HEARING MENTION IN THE " SHOW CAUSE ORDER ".

PETITIONER ASSERTS THAT THE BOP VIOLATED EX POST FACTO LAWS IN NOT GIVING GOOD TIME ON PRISON BREACH CHARGE BECAUSE THEY ALLEGE THAT THIS SENTENCE WAS UNDER THE D.C. OMNIBUS ACT OF 1994. CLEARLY, THIS ATTACH DOCUMENT INDICATE THAT PETITIONER WAS CHARGE IN 1992, WELL BEFORE THE ACT.

**PETITIONER ALSO REQUEST THIS HONORABLE COURT TO APPOINT AN ATTORNEY TO THIS CASE.**

JAMES S. COLEMAN

9-22-01

# Superior Court of the District of Columbia

## CRIMINAL DIVISION

### AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

U S W No.: 2104-92

| DEFENDANT'S NAME: Coleman, James | | | | | C C R: | | PDID: 188426 | |
|---|---|---|---|---|---|---|---|---|
| SEX: Male | RACE: Black | D.O.B.: 4/23/46 | HEIGHT: 6Ft. | WEIGHT: 190 | EYES: Br. | | HAIR: Black | COMPLEXION: Dk. |

DEFENDANT'S HOME ADDRESS: 626 Galveston St. S.E. Washington, DC.
TELEPHONE NUMBER: N/A

DEFENDANT'S BUSINESS ADDRESS: N/A
TELEPHONE NUMBER: N/A

COMPLAINANT'S NAME: Ethel Woodby, Criminal Investigator

LOCATION OF OFFENSE: Community Correctional Center #3 1430 G St. N.E. Washington, DC.

DATE OF OFFENSE: September 25, 1992

TIME OF OFFENSE: 5:50PM.

GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:

James Coleman was convicted in the Superior Court of the District of Columbia in case number F5593-80B for Assault with Intent to Commit Rape. He was sentenced on December 17, 1983 to a term of five to fifteen years. James Coleman was committed to the District of Columbia Department of Corrections for service of the imposed sentence.

On March 17, 1992 James Coleman was transferred from Medium Facility, Lorton, Va. to Community Correctional Center #3 1430 G St. N.E. Washington, DC. as a continuation of service of the imposed sentence.

On September 25, 1992 at 5:50 pm. James Coleman left Community Correctional Center #3 without permission from any of the staff on duty. He was placed on escape status immediately by Percy Byrd, Counselor at CCC#3 after all attempts to locate James Coleman proved negative. The whereabouts of James Coleman has been unknown since September 25, 1992 at 5:50pm.

Identification
DCDC 148161
PDID 188426

TO: WARRANT CLERK
PLEASE ISSUE A WARRANT FOR:

James Coleman

Charge With: Prison Breach

AFFIANT'S SIGNATURE: X Ethel Woodley

SUBSCRIBED AND SWORN TO BEFORE ME THIS 15 DAY OF October 19 92

(JUDGE) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

ASSISTANT UNITED STATES ATTORNEY

Form CD(17) 1050 Feb. 82