UNITED STATES DISRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES S. COLEMAN, | : | CIVIL ACTION NO. 1 : 01-0267 |
| PETITIONER | : | ( CALDWELL, J. ) |
| v. | : | ( MANNION, M.J.) |
| SUSAN GERLINSKI, | : | |
| RESPONDENT | : | |

### MEMORANDUM TO THE RECORD

Petitioner asserts that the attach document is of prima facie evidence to establish the fact that a order, made by the U.S. Parole Comm. cannot be encroach upon by the Bureau of Prisons.

Petitioner also asserts that he has been held now over a year from the order made by the U.S. Parole Comm.(see petition U.S. Parole Comm. Order and D.C. Code 1231 Parole).

Petitoner hope that this document sheds light on this matter before this honorable court.

SUBMITTED IN GOOD FAITH,

James S. Coleman, pro se

November 10, 2001

FILED
SCRANTON

NOV 1 6 2001

PER _____
DEPUTY CLERK



U.S. DEPARTMENT OF JUSTICE
United States Parole Commission

5550 Friendship Boulevard
Chevy Chase, Maryland 20815

<NOSAVE-THIS DOCUMENT WILL NOT BE SAVED>

October 19, 2001

Mr. James Coleman
Reg. No. 09229-007
Allenwood LSCI
Low Security Correctional Institution
P.O. Box 1000
White Deer, PA 17887

Dear Mr. Coleman:

This is to inform you that we have received your appeal on September 12, 2001. However, the decision in your case is not appealable as there are no appeal provisions for District of Columbia Code (D.C.) offenders considered under D.C. parole guidelines.

The fact that your decision was not appealable was pointed out to you on your Notice of Action dated July 10, 2001.

Sincerely,

*Patricia W. Moore*

Patricia W. Moore
Secretary
U.S. Parole Commission

PWM/pwm

FILED
SCRANTON

NOV 16 2001

PER _____
DEPUTY CLERK