```
                                        James S. Coleman
                                        LSCI_ALLENWOOD
                                        Low Security Correct-
                                        ional Inst.Reg.No. 09
                                        229-077
                                        P.O. Box 1000
December 22, 2001                       White Deer,PA 17887
```

The Honorable Chief Judge thomas I. Vanaskie
U.S. District Court
235 N. Washington Ave.
 P.O. Box 1148
Scranton, PA 18501

FILED
SCRANTON
DEC 2 8 2001
PER _____
     DEPUTY CLERK

Re: 1 : 01-cv- 00267

-------------------------

Dear Sir,

I would like for you to inquire into the unreasonable delay in the above case. This action was filed 2-29-01. The response was filed 5-17-01.

Sincerely,

James S. Coleman