See Attachment

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAMES S. COLEMAN,            :

    Petitioner
                                :

vs.                          :    CIVIL ACTION NO. 1:CV-01-0267

                                  :

SUSAN GERLINSKI, Warden,     :

    Respondent           :

O R D E R

AND NOW, this 19th day of February, 2002, upon consideration of the Report of the United States Magistrate Judge, dated December 27, 2001, the Petitioner's exceptions thereto, and an independent review of the record, it is Ordered that James Coleman's petition for writ of habeas corpus, filed February 9, 2001, (Doc. No. 1), is denied. The Clerk of Court shall close the file.

William W. Caldwell
United States District Judge



FILED
FEB 1 9 2002
PER
HARRISBURG, PA.    DEPUTY CLERK

AO 72A