(19)
2/26/

James Coleman
Reg No. 9229-0017
LSCI - Allenwood
Low Security Correctional Inst.
P.O. Box 1000
White Deer, PA 17887
2-20-2002

U.S. District Court
228 Walnut St.
P.O. Box 983
Harrisburg, PA 17108



FILED
FEB 25 2002
PER ____
HARRISBURG, PA DEPUTY CLERK

Dear Sir

Let it be noted, that, that this letter be received as a "Notice of Appeal," in Civil Action No. 1:CV-01-0267. Feb 20, 2002
J. Caldwell

Thank you
James C

P.S.

Please sent any forms that may be needed for the above appeal.

Thank you
JC

INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRISBURG, PA

| | |
|---|---|
| JAMES S. COLEMAN | DISTRICT COURT NO. __1:CV-01-0267__ |
| V. | CT. OF APPEALS NO. _____ |
| SUSAN GERLINSKI, Warden | |

NOTICE OF APPEAL FILED       2/25/02      COURT REPORTER(S) _____

FILING FEE:

NOTICE OF APPEAL __PAID  _X_ NOT PAID   __SEAMAN

DOCKET FEE      __PAID _X_ NOT PAID   __USA

CJA APPOINTMENT: (Attach Copy of Order)

__ PRIVATE ATTORNEY
__ DEFENDER ASSOCIATION OR FEDERAL PUBLIC DEFENDER
__ MOTION PENDING

LEAVE TO PROCEED IN FORMA PAUPERIS STATUS, IF APPLICABLE:
        (Attach Copy of Order)
__ MOTION GRANTED (IN FIRST INSTANCE)
__ MOTION DENIED (IN FIRST INSTANCE)
__ MOTION PENDING BEFORE DISTRICT JUDGE

CERTIFICATE OF PROBABLE CAUSE (STATE HABEAS CORPUS):
        (Attach copy of Order)
__ GRANTED
__ DENIED
__ PENDING

COPIES TO:

Judge William W. Caldwell                M.J. Malachy E. Mannion
James S. Coleman                         Kate L. Mershimer


PREPARED BY _____Virginia Gilmore_____
                              Deputy Clerk

Date: __February 26, 2002__

UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA
*William J. Nealon Federal Bldg & U.S. Courthouse*
235 North Washington Avenue
P.O. Box 1148
*Scranton, PA 18501-1148*

MARY E. D'ANDREA
*Clerk of Court*

(570) 207-5600   FAX (570) 207-5650
Internet Address: www.pamd.uscourts.gov

Divisional Offices:

Harrisburg:    (717) 221-392
Williamsport: (570) 323-638

Office of the Clerk
United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA  19106-1790

   RE:       **COLEMAN V. GERLINSKI**
              **USDC NO: 1:CV-01-0267**
              **USCA NO:**
              **E-mail Account: All correspondence should be sent to the e-mail account: PAMDAPPEAL1**

Dear Ms. Waldron:

A *Notice of Appeal* was filed in the above-referenced case.

| | |
|---|---|
| __X__ | **Civil Prisoner Case: Case file and docket sheet available through RACER.** |
| _____ | **Non-Prisoner *Pro Se* Civil Case: Notice of Appeal and Docket Sheet available through RACER.** |
| _____ | **Non-Prisoner Civil Case or Criminal Case: Notice of Appeal and Docket Sheet available through RACER.** |
| _____ | **Civil Prisoner Case: ____ Supplemental Record filed. Documents and docket sheet available through RACER.** |
| _____ | **Non-Prisoner Civil Case or Criminal Case: ____ Supplemental Record filed. Docket Sheet available through RACER.** |

      The Clerk's Office hereby certifies the record and the docket sheet available through RACER to be the certified list in lieu of the record and/or the certified copy of the docket entries.

Very truly yours,

s/ **Virginia Gilmore**
Deputy Clerk

Date: __2/26/2002__