## Return Receipt

| | |
|---|---|
| Your document: | 1:01cv0267 Notice of Appeal |
| was received by: | Patricia Coleman/CA03/03/USCOURTS |
| at: | 02/26/2002 03:48:15 PM |

**FILED**
HARRISBURG, PA

FEB 26 2002

MARY E. D'ANDREA, CLERK
Per _____
  Deputy Clerk