OFFICE OF THE CLERK

**MARCIA M. WALDRON**
**CLERK**

UNITED STATES COURT OF APPEALS   TELEPHONE
FOR THE THIRD CIRCUIT   215-299-(4947)
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790
Website: http://www.ca3.uscourts.gov

February 27, 2002

NOTICE OF DOCKETING OF APPEAL

Coleman
v.
Gerlinski
No.: 01-cv-00267

(Honorable William W. Caldwell)

FILED SCRANTON
FEB 2 8 2002
PER _____
DEPUTY CLERK

An appeal by **James S. Coleman** was filed in the above-caption case on (2/25/02), and docketed in this Court on February 27, 2002, at No. **02-1566**.

Kindly use the Appeals Docket No. **02-1566** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Please notify Case Manager **Eileen Ryan** at eileen_ryan@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

Marcia M. Waldron
Clerk