*1 to Crt & Financial*

OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

_Middle (Harrisburg)_ Clerk of District Court
(District)

Date _3/19/02_

_Coleman vs. Gerlinski_
(Caption)

C. of A. No. _02-1566_

_James S. Coleman_
(Appellant)

RECEIVED
MAR 21 2002
RB
MY E. D'ANDREA, CLERK

_01-CV-00267_ _J. Caldwell_
(D.C. No.)

Enclosures:

_3/19/02_____ Certified copy of C. of A. Order by the Court/C**lerk**
(Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

___XX_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s) _____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on _____
             is recalled.

_Eileen Ryan_  (267)-299-_4947_
Deputy Clerk    Telephone Number

Receipt Acknowledge:

_ackn'd_
(Name)

_3/2 RB_
(Date)

Rev. 3/13/00
Appeals (Certified List in Lieu of Record)

N:\record release form.wpd

**EPS-112**                                                          March 19, 2002
UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 02-1566

Coleman v. Gerlinski
(M.D. Pa. No. 01-cv-00267)

To: Clerk

1) Motion for Leave to Proceed In Forma Pauperis

**FILED**
HARRISBURG, PA

MAR 21 2002

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

---

The foregoing Motion is granted. The appeal will be submitted to a panel of the Court for determination under 28 U.S.C. § 1915(e)(2). The Court also will consider any other appropriate action, such as summary affirmance of the order of the District Court. See Third Circuit Internal Operating Procedures Chap. 10.6.

A True Copy:

Marcia M. Waldron,
Clerk

For the Court,

Clerk

Dated: March 19, 2002
EMR/cc:JSC
         KLM