23 pm
3/25/02

```
Fri Mar 22 11:19:13 2002

UNITED STATES DISTRICT COURT

SCRANTON        , PA

Receipt No.   111 136100
Cashier       pamela

Tender Type   CHECK

Check Number: 10293263

Transaction Type   C

Case No./Def No. 3:02-BP-1      1

DØ Code   Div No   Acct
4667      1        6855XX

Amount            $   25.00

US TREASURY AUSTIN, TX

PARTIAL APPEAL FILING FEE FOR J. COL
EMAN 01-267, APPEAL 02-1566
```

**FILED**
HARRISBURG, PA

MAR 22 2002

MARY E. D'ANDREA, CLERK
Per _____

01-267
partial fee
for appeal #
02-1566