| Home | PACER | Full Docket | | Help |

If you view the full docket, you will be charged for 4 Pages    $ 0.32

## US Court of Appeals for the Third Circuit
## Case Summary

Court of Appeals Docket #: 02-1566                              Filed: 2/27/02
Nsuit: 2530  Prisoner: Habeas Corpus
Coleman v. Gerlinski
Appeal from: U.S. District Court for the Middle District of Pennsylvania

Lower court information:
    District: 0314-1 : 01-cv-00267            lead: n
    Trial Judge: William W. Caldwell, District Judge

| Date | Entry |
|---|---|
| 3/19/02 | ORDER (Clerk) granting motion by Appellant to proceed in forma pauperis. The appeal will be submitted to a panel of the Court for determination under 28 U.S.C. Section 1915(e)(2). The Court also will consider any other appropriate action, such as summary affirmance of the order of the District Court. ZZ_See ZZ_Third ZZ_Circuit ZZ_Internal ZZ_Operating ZZ_Prodecures Chap. 10.6, filed. EPS-112 (emr) |
| 3/25/02 | APPEARANCE from Attorney Kate L. Mershimer on behalf of Appellee Susan Gerlinski, filed. (emr) |
| 4/4/02 | MOTION by Appellant James S. Coleman to proceed on the original record. filed. Answer due 4/12/02. Certificate of Service dated 3/30/02. (mc) |
| 5/2/03 | LEGAL DIVISION LETTER SENT advising parties that the appeal will not be submitted to a panel of this Court for possible dismissal pursuant to §1915(e)(2)(B). (mc) |
| 5/9/03 | BRIEFING NOTICE ISSUED. Appellant's brief and appendix due 6/18/03. (ch) |
| 6/13/03 | ORDER (Clerk) granting motion by Appellant insofar as appellant requests leave to proceed on original record. Insofar as Appellant requests that counsel be appointed, the motion is denied without prejudice to the filing of a new motion, If a new motion is filed, it must specify the issues which appellant feels are presented by the appeal and indicate why he would be unable to rpesent those issues to the Court. Pewnidng the filing of a new motion for appointment of counsel, appellant's brief must be filed and served on or before July 23, 2003. If a new motion for appointment of counsel is filed and served within fourteen (14) days of the date of this order, this briefing schedule will be vacated, filed. (ch) |
| 7/30/03 | CLERK ORDER (LAR Misc 107.2): Procedurally Terminated Without Judicial Action; Default. (ch) |
| 7/30/03 | Certified copy of order to Lower Court. (ch) |